# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 19, 2018

155863

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

JONES FAMILY TRUST,
          Plaintiff-Appellant,

and

SYLVIA JONES and BOBBY JONES,
          Plaintiffs,

v

SAGINAW COUNTY LAND BANK
AUTHORITY and ROHDE BROTHERS
EXCAVATING, INC.,
          Defendants-Appellees,

and

CITY OF SAGINAW and HARDHAT DOE,
          Defendants.
_____/

SC:  155863
COA:  329442
Saginaw CC:  13-019698-NZ

On October 10, 2018, the Court heard oral argument on the application for leave to appeal the April 20, 2017 judgment of the Court of Appeals.  On order of the Court, the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 19, 2018



Clerk

p1010